1  Susan St. Vincent
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California  95389
   Telephone:  (209) 372-0241
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | No. 6:14-MJ-0102-MJS |
12 | Plaintiff,                       |                       |
13 | v.                               | STIPULATION FOR EXTENSION OF TIME FOR GOVERNMENT TO FILE OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS |
14 | WESLEY MATTHEWS,                 |                       |
15 | Defendant.                       |                       |

16

17

18        IT IS HEREBY STIPULATED by and between Susan St. Vincent,  legal officer for

19 the National Park Service, and Defendant Wesley Matthews, by and through his attorney

20 of record, the Office of the Federal Defender, that the Government be granted additional

21 time to file an Opposition to Defendant's Motion to Suppress Evidence.  The Defendant

22 filed the Motion to Suppress on December 22, 2014 and the local rules allow 7 days for

23 any Opposition to be filed.  Because of the Federal Holidays which fell in that time

24 period, the parties have agreed to extend time for an additional 7 days for the

25 Government to file an Opposition.  The Government's Opposition will now be filed on or

26 before January 6, 2015.

27 //

28 //

| | |
|---|---|
| Dated:  December 30, 2014 | /S/ Susan St. Vincent<br>Susan St. Vincent<br>Legal Officer<br>Yosemite National Park |
| Dated:  December 30, 2014 | /S/ Charles Lee<br>Charles Lee<br>Attorney for Defendant<br>Wesley Matthews |

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the Government be granted extension of 7 days to file an Opposition to Defendant's Motion to Suppress.  The Government's Opposition will now be filed on or before January 6, 2015.

IT IS SO ORDERED.

Dated:   December 30, 2014         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE