Susan St. Vincent
Legal Office
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:14-MJ-00102-MJS |
| Plaintiff, | |
| v. | STIPULATION TO CONTIUE EVIDENTIARY HEARING; AND ORDER THEREON |
| WESLEY MATTHEWS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Wesley Matthews, by and through his attorney of record, Megan T. Hopkins, that the evidentiary hearing in the above-captioned matter set for January 21, 2015 be rescheduled to Tuesday,  February 25, 2015 at 1:30 p.m.

Defendant filed a Motion to Suppress Evidence on December 22, 2014.  The Government filed an Opposition to Defendant's Motion on January 6, 2015.  Defense plans to file a Reply on January 13, 2015, and the matter is on calendar for an evidentiary hearing on January 21, 2015.  The arresting ranger in this matter is currently stationed at another park, and is not able to be present on January 21, 2015.  Although

defense counsel did not request an evidentiary hearing in their moving papers, the Government requested in their Opposition, to the extent the Court had any doubts or questions regarding the ranger's observations, the Court grant an evidentiary hearing. Should the Court find a hearing helpful or necessary, the parties hereby stipulate that hearing be rescheduled from January 21, 2015 to February 25, 2015 to allow the arresting ranger to be present.

Dated:  January 12, 2015        /S/ Susan St. Vincent  
                                          Susan St. Vincent  
                                          Legal Officer  
                                          Yosemite National Park

Dated:  January 12, 2015        /S/ Megan Hopkins  
                                          Megan T. Hopkins  
                                          Attorney for Wesley Matthews

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the evidentiary hearing for U.S. v. Matthews, case number 6:14-mj-00102-MJS, is hereby continued to February 25, 2015 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   January 12, 2015            /s/ *Michael J. Seng*  
                                                    UNITED STATES MAGISTRATE JUDGE